AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 5:14 pm, Jun 27, 2025

| United States of America | ) |
| --- | --- |
| v. | ) |
| Carolyn Bell | ) Case: 1:25-mj-00106 |
| | ) Assigned To : Judge Upadhyaya, Moxila A. |
| | ) Assign. Date : 6/27/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Carolyn Bell,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1791(a)(1) and (b)(1) - Providing Contraband in Prison;
21 U.S.C. § 841(a)(1) and (b)(1)(C) - Unlawful Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl.

Date: 06/27/2025

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 06/27/2025, and the person was arrested on *(date)* 07/16/2025
at *(city and state)* Washington DC.

Date: 07/16/2025

*Arresting officer's signature*

Stephen H. Lowe
*Printed name and title*